IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAYMOND KYLE LAFFERTY
ADC #655176                                                                                            PLAINTIFF

V.                                    CASE NO. 4:14CV00156 BSM

CARL BABBIT, et al.                                                                               DEFENDANTS

## ORDER

Raymond Kyle Lafferty filed this lawsuit pro se under 42 U.S.C. § 1983, alleging that his constitutional rights were violated while he was incarcerated at the Saline County Jail. On August 5, 2014, defendants moved for summary judgment on all of Lafferty's claims. Due to his expected release from custody, Lafferty was given until September 8, 2014, to respond to the motion. *See* Doc. No. 20. That order was returned as undeliverable. On September 4, 2014, Lafferty was ordered to provide an updated address within thirty days, and was specifically warned that his failure to comply with the order could result in the dismissal of his claims without prejudice. That order was also returned as undeliverable. As of this date, Lafferty has not complied with the September 4, 2014 order, and the time for doing so has passed. Accordingly, Lafferty's claims are dismissed, without prejudice, under Local Rule 5.5. Defendants' motion for summary judgment [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE