IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYMOND KYLE LAFFERTY**
**ADC #655176**                                                                                              **PLAINTIFF**

V.                              CASE NO. 4:14CV00156 BSM

**CARL BABBIT, et al.**                                                                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of October 2014.

                                                                                            _____
                                                                                            UNITED STATES DISTRICT JUDGE